*E-Filed 8/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANGEL JUAREZ,<br><br>    Petitioner,<br><br>  v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-2734 RS (PR)<br><br>**ORDER DENYING MOTION FOR AN EXTENSION OF TIME** |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner's motion for an extension of time to file a request for a certificate of appealability (Docket No. 21) is DENIED as moot. The Court declined to issue a certificate of appealability in its order denying the petition. (See Docket No. 19.)

This order terminates Docket No. 21.

**IT IS SO ORDERED**.

DATED: August 23, 2010

                                          RICHARD SEEBORG
                                         United States District Judge